USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/20/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                  :

JEFFREY G. CARSWELL, et al.,           :

                                  :

              Plaintiffs,        :

                                    :              26-cv-1017 (LJL)

      -v-                             :

                                    :                 ORDER

US DEPARTMENT OF ENERGY, et al.,   :

                                    :

             Defendants.      :

                                    :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiffs initiated this action by complaint filed February 12, 2026.  Dkt. No. 3.  They filed an amended complaint on February 26, 2026.  Dkt. No. 6.  On May 19, 2026, Defendants submitted a letter motion to adjourn a scheduled pretrial conference and for an extension of the government's answer date *nunc pro tunc*.  Dkt. No. 18.  The Defendants have additionally proposed a briefing schedule agreed to by the parties in the event the extension *nunc pro tunc* is granted.  *Id.* at 2.  Plaintiffs oppose the request for an extension.  Dkt. No. 19.

Defendants concede that they did not respond to the Amended Complaint in the time set by Federal Rule of Civil Procedure 12(a).  Nor do they offer an explanation beyond a "calendaring oversight."  Dkt. No. 18 at 1.  "The Court has the power, however, to permit what would otherwise be an untimely answer even after the time fixed by the rule has expired."  *Lively v. Wayfarer Studios*, 2025 WL 3442593, at *2 (S.D.N.Y. Dec. 1, 2025) (citing *Riley v. Kuehne*, 344 F.R.D. 369, 371 (S.D.N.Y. 2023)).  "The Court will exercise such discretion, for example, 'when to do so will aid in the presentation of the merits of the action and will not prejudice the party who made the request.'"  *Id.* (quoting 8B Wright & Miller, Federal Practice and Procedure § 2257 (3d ed. 2025)).  In this proceeding the Plaintiffs seek a mandatory injunction under the

APA, which may not be entered only "upon a clear showing that the moving party is entitled to the relief requested." *Cacchillo v. Insmed, Inc.*, 638 F.3d 401, 406 (2d Cir. 2011). In addition, Plaintiffs have argued, in support of prejudice, that they are elderly cancer victims with shortened life spans. Dkt. No. 19 at 2. Any prejudice on that basis is alleviated by the expedited briefing schedule proposed by the Defendnats. Accordingly, Defendants are relieved from default and the Court will permit the filing of a response *nunc pro tunc* following the schedule proposed by the parties.

The FOIA claims, as agreed by the parties, will be held in abeyance pending resolution of the APA claims, the merits of which the Court will address through the forthcoming motion. The conference scheduled for May 29, 2026 is cancelled, subject to the right of any party who seeks a conference from the Court later requesting it. The parties are similarly relieved from submitting a case management plan.

The Clerk of Court is respectfully requested to close Dkt. No. 18.

SO ORDERED.

Dated: May 20, 2026
      New York, New York
                         LEWIS J. LIMAN
                  United States District Judge