UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

JEFFREY G. CARSWELL, et al.,

                  Plaintiffs,

    -v-

U.S. DEPARTMENT OF ENERGY, et al.,

                  Defendants.

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2026

26-cv-1017 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On May 19, 2026, Defendants requested an extension to respond to Plaintiff's complaint *nunc pro tunc*, Dkt. No. 18, which Plaintiffs opposed. Dkt. No. 19. The Court granted the request, explaining that "Defendants are relieved from default and the Court will permit the filing of a response *nunc pro tunc* following the schedule proposed by the parties." Dkt. No. 20 at 2. Plaintiffs moved for reconsideration, Dkt. No. 21, which Defendants opposed, Dkt. No. 22. A motion for reconsideration "should be granted only when the defendant identifies 'an intervening change of controlling law, the availability of new evidence, or the need to correct clear error or prevent manifest injustice.'" *Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr.*, 729 F.3d 99, 104 (2d Cir. 2013) (quoting *Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd.*, 956 F.2d 1245, 1255 (2d Cir. 1992)). Plaintiffs have identified no change in law, no new evidence, and no clear error or manifest injustice in the Court's order. The motion for reconsideration is denied. The Clerk of Court is respectfully requested to close Dkt. No. 21.

    SO ORDERED.

Dated: June 5, 2026
    New York, New York

                                LEWIS J. LIMAN
                            United States District Judge