UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JEFFERY G. CARSWELL, et al.,

                    Plaintiffs,

        -v-

US DEPARTMENT OF ENERGY, et al.,

                    Defendants.

------------------------------------------------------------------------X

26-cv-1017 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/18/2026

LEWIS J. LIMAN, United States District Judge:

      Defendants have submitted a letter motion seeking an order permitting it to move for summary judgment in the alternative to its motion to dismiss, and for an extension of the briefing schedule to do so.  Dkt. No. 28.  Plaintiff does not oppose the extension of the briefing schedule but argues that the Court should not permit Defendants to move for summary judgment.  Dkt. No. 29.  It is the right of every party in a civil proceeding in federal court to move for summary judgment.  *See Aetna Cas. And Sur. Co. v. Aniero Concrete Co.*, 404 F.3d 566, 573 (2d Cir. 2005) ("[S]ummary judgment may be sought at any time after a pleading is served.") (citing *Schwartz v. Compagnie General Transatlantique*, 405 F.2d 270, 273 (2d Cir. 1968)); Fed. R. Civ. P. 56(b) (permitting party to move for summary judgment "at any time").  Accordingly, Defendants' motion is granted and the briefing schedule is adopted.  Plaintiff may renew his argument why summary judgment should not be granted in his opposition memorandum to Defendants' motion.  Plaintiff's counsel is reminded of the decorum expected of all attorneys

2

appearing before this Court.

SO ORDERED.

Dated: June 18, 2026
         New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2